IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-1251-AP**

**CATHRYN M. LOPEZ (n/k/a CATHRYN M. BESSON),**

        Plaintiff,

V.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion for Remand (doc. #16), filed December 12, 2008, is GRANTED.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as specified below.

Appeals Council will remand the matter to an Administrative Law Judge (ALJ) for further administrative proceedings, including a supplemental hearing, if necessary. Plaintiff will have the opportunity to submit additional evidence relevant to her claim and the ALJ will be directed to perform the following upon remand: if necessary, reassess Plaintiff's impairments and residual functional capacity in light of all evidence; and obtain vocational expert testimony to determine Plaintiff's ability to perform past relevant work or other work.

Dated: December 15, 2008.

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT