UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No.: **08-cv-01251-AP**

**CATHRYN LOPEZ (BESSON),**

                  Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

                  Defendant.

**ORDER FOR AN AMENDED REMAND ORDER**

The matter before the Court is Plaintiff's Unopposed Motion For An Amended Remand Order (doc. #19), filed on December 23, 2008. The Court being fully advised in the premises, hereby grants said Motion.

IT IS HEREBY ORDERED that said Motion is granted, and the Remand Order amended to include language that:

    A. No specific aspect of the Commissioner's final decision is affirmed.

    B. The proceedings on remand will be *de novo*, i.e., without regard to the prior ALJ's decision.

DATED at Denver, Colorado, this 29th day of December, 2008.

        BY THE COURT:

        *S/John L. Kane*
        THE HONORABLE JOHN L. KANE
        U.S. DISTRICT COURT JUDGE