IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01251-AP

CATHRYN M. LOPEZ (BESSON),

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,
        Defendant.

---

**ORDER FOR ATTORNEY FEES
PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412**

---

The matter before the Court is the parties's Stipulated Motion For Attorney Fees Pursuant To The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412), filed on January 8, 2009. The Court, being fully advised, hereby grants said Motion.

IT IS FURTHER ORDERED that Defendant pay attorney fees under EAJA in the amount of $4,200.00, to Plaintiff, in care of Plaintiff's attorney

DATED at Denver, Colorado, this 8th day of January, 2009.

                BY THE COURT:

                *S/John L. Kane*
                THE HONORABLE JOHN L. KANE
                United States District Court Judge